# Exhibit A

WILLIAM J. OLSON
(VA, D.C.)

HERBERT W. TITUS
(VA OF COUNSEL)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

ROBERT J. OLSON
(VA, D.C.)

# WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

TELEPHONE (703) 356-5070

FAX (703) 356-5085

E-MAIL: wjo@mindspring.com

http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA  22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

March 25, 2020
via FBI eFOIPA portal

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

Re:  FREEDOM OF INFORMATION ACT (FOIA) REQUEST
of Gun Owners of America

Dear Sirs:

We represent Gun Owners of America ("GOA"), and submit this Freedom of Information Act ("FOIA") request on its behalf to the Federal Bureau of Investigation ("FBI").

GOA is a nonprofit social welfare organization exempt from federal income tax under section 501(c)(4) of the Internal Revenue Code.  GOA's tax-exempt mission and purposes include educating the public and conducting activities in defense of the Second Amendment and the right to keep and bear arms.  GOA's principal office is located at 8001 Forbes Place, Suite 202, Springfield, Virginia 22151.  (For further information on GOA, please see https://gunowners.org.)

### Record Request

Pursuant to the FOIA, 5 U.S.C. section 552, we hereby request copies of records within the possession or control of the FBI related to the operation of state Points of Contact ("POC") within the National Instant Criminal Background Check System ("NICS").  Specifically, we seek the following records:

(a)  a copy of the "NICS Standard Operating Procedures Manual" referenced in GAO report GGD-00-56[1], along with any current (or updated) version of the Manual;

(b)  a copy of the "Point of Contact State Manual" referenced in GAO report GGD-00-56, along with any current (or updated) version of the Manual;

---

[1]  https://www.gao.gov/new.items/gg00056.pdf

2

    (c)    copies of any agreements, memoranda of understanding, standard operating procedures, or similar documents entered into between the FBI and various states, explaining the duties and obligations invovled when the state agrees to act as a POC for the NICS system;

    (d)    records setting out DOJ, ATF, or FBI authority or legal basis or other justification for revoking POC status of a state;

    (e)    records demonstrating the legal authority or basis for the continuance of POC states after the implementation of the NICS system on November 30, 1998;

    (f)    reports, studies, or other records describing the efficacy or lack thereof in having state POCs act as intermediaries between federal firearm licensees and the NICS system;

    (g)    records discussing plans or contingencies for the NICS system and/or POCs during states of emergency, natural disasters, or similar events; and

    (h)    records describing how (or if) the FBI treats, records, or denies sales based on records reported to NICS by states that do not involve any federal prohibiting factor.  For example, Maryland prohibits "habitual drunkards" from possessing firearms, but that is not a prohibiting category under 18 U.S.C. Sections 922(d) and (g).  Thus, we seek records as to how such records are treated by the NICS system if reported to NICS by a state, and records describing whether such state level disqualification would prohibit a person from buying a firearm in another state.

Please mail the documents to the following address:

    Robert J. Olson, Esquire
    William J. Olson, P.C.
    370 Maple Ave W., Suite 4
    Vienna, VA 22180-5615

**Fee Waiver Request**

    We request that the search, review, and copying **fees be waived** as provided under section 5 U.S.C. § 552(a)(4)(A) and 28 CFR 16.10(k).  GOA is a nonprofit organization seeking the requested documents to educate the public on a matter of public importance, by releasing information that — in addition to contributing to public understanding on the workings of government — may have great effect on substantive policy discussions relating to the exercise of citizens' rights.

    The fees should be waived because release of the requested documents is in the public interest, and the requested information is likely to contribute significantly to public understanding of the operations or activities of the government.

3

The release of the requested documents is not primarily for any commercial interest or purpose, including any commercial interest of GOA. GOA intends to disseminate to the general public, free of charge, any important information it obtains as a result of this request.

If GOA's fee waiver request is denied, we would appreciate an estimate of the costs involved in procuring any of the requested documents if such costs exceed $250. If the costs do not exceed $250, however, we do not need an estimate, and we will guarantee payment.

We also are **seeking expedited processing** of this request. The information being sought is vital to help the public understand the way the NICS system works during the COVID-19 pandemic and accompanying increased demand for firearms, especially in light the FBI's recent statements about possible delays and disruptions within the NCIS system. If you do not grant our request for expedited processing, then we would request that the 20-day response time imposed by 5 U.S.C. § 552(a)(6)(A)(i) and 28 CFR 16.6(b) be adhered to strictly. We look forward to hearing from you.

Thank you for your prompt attention to this request.

Sincerely yours,

Robert J. Olson

RJO:ls

cc:   Gun Owners of America

Attachment