UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1385 (KBJ) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 1, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On May 22, 2020, Plaintiff sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's Freedom of Information Act request dated March 25, 2020, which sought records Plaintiff alleges are related to State points of contact within the National Instant Criminal Background Check System administered by the FBI. The FBI has completed its search for records and located approximately 853 pages responsive to Plaintiff's FOIA request. The FBI anticipates processing 500 pages per month, making its first release of non-exempt information on October 23, 2020 and completing its release of information by November 23, 2020.

Accordingly, the parties propose that they file another joint status report on December 1, 2020. A proposed order is attached.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff*<br><br>Dated: July 29, 2020 | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICHAEL A. TILGHMAN II<br>         D.C. Bar # 988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         555 Fourth Street, N.W.<br>         Washington, D.C. 20530<br>         (202) 252-7117<br>         Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |