UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-1385 (KBJ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 30, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 22, 2020, Plaintiff sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's Freedom of Information Act ("FOIA") request dated March 25, 2020, which sought records Plaintiff alleges are related to State points of contact within the National Instant Criminal Background Check System administered by the FBI. The parties informed the Court in their July 29, 2020 Joint Status Report (ECF No. 6) that the FBI had completed its search for records and located approximately 853 pages responsive to Plaintiff's FOIA request. The FBI anticipated processing 500 pages per month, making its first release of non-exempt information on October 23, 2020 and completing its release of information by November 23, 2020.

The FBI has reviewed the 853 pages. The FBI provided its first interim response by letter dated October 22, 2020, informing Plaintiff that it reviewed 502 pages and was releasing 465 pages subject to FOIA exemptions. The FBI provided its second interim response by letter dated November 23, 2020, informing Plaintiff that it reviewed 351 pages, was releasing 282 pages

subject to a FOIA exemption, and referring three pages for consultation with another government agency. The FBI still has 96 pages to process (including the three pages after their return to the FBI from the other government agency) and anticipates making its next release by December 23, 2020. Thereafter, the parties intend to confer regarding the FBI's production to ascertain whether there are any outstanding issues.

Accordingly, the parties respectfully propose that they file another joint status report by January 11, 2021. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff*<br><br>Dated: December 1, 2020 | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>       MICHAEL A. TILGHMAN II<br>       D.C. Bar # 988441<br>       Assistant United States Attorney<br>       U.S. Attorney's Office, Civil Division<br>       555 Fourth Street, N.W.<br>       Washington, D.C. 20530<br>       (202) 252-7117<br>       Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |