UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1385 (KBJ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT STATUS REPORT

Pursuant to the Court's December 7, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 22, 2020, Plaintiff Gun Owners of America, Inc. ("Plaintiff") sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's Freedom of Information Act request dated March 25, 2020, which sought records related to State points of contact within the National Instant Criminal Background Check System administered by the FBI.

The parties informed the Court in their December 1, 2020 Joint Status Report (ECF No. 7) that the FBI had completed its search for records and located approximately 853 pages responsive to Plaintiff's FOIA request. The FBI had reviewed the 853 pages and provided its first interim response by letter dated October 22, 2020, and its second interim response by letter dated November 23, 2020. The FBI had 96 additional pages to process (including the three pages after their return to the FBI from the other government agency) and anticipated making its next release by December 23, 2020.

By letter dated December 21, 2020, the FBI made its third interim release, informing Plaintiff that it reviewed 93 pages, and was releasing 78 pages subject to FOIA exemptions. Three pages remain with another government agency for its review. The FBI will provide those three pages with applicable redactions, if any, to Plaintiff as soon as they are returned to the FBI. Pursuant to Plaintiff's request, the FBI intends to provide Plaintiff with a *Vaughn* index for the 121 pages it withheld in full by April 12, 2021.

Accordingly, the parties respectfully propose that they file another joint status report by April 19, 2021. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff* | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICHAEL A. TILGHMAN II<br>         D.C. Bar # 988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         555 Fourth Street, NW<br>         Washington, DC 20530<br>         (202) 252-7113<br>         Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: January 11, 2021