UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1385 (KBJ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 25, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On May 22, 2020, Plaintiff Gun Owners of America, Inc. ("Plaintiff") sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's FOIA request dated March 25, 2020, which sought records related to State points of contact within the National Instant Criminal Background Check System administered by the FBI.

The parties informed the Court in their January 11, 2021 Joint Status Report (ECF No. 8) that the FBI had completed its search for records and had completed its production except for pages that remained with another government agency for its review. The parties also informed the Court that the FBI intended to provide Plaintiff with a *Vaughn* index for the 121 pages it withheld in full by April 12, 2021.

By letter dated March 19, 2021, the FBI released in part the pages that it had referred to another agency for review, thereby completing the FBI's production in this case. On April 9, 2021, the FBI provided Plaintiff with its *Vaughn* index.

The parties are cognizant that this Court requires them to file a joint notice within 45 days of the completion of processing and production of records in a FOIA case, which informs the Court of whether any disputes remain and, if so, proposes a schedule for further proceedings. *See* General Order ¶ 4(c). However, the parties need additional time to continue their discussions attempting to narrow any outstanding issues without judicial intervention. Accordingly, the parties respectfully request an extension of time until May 31, 2021 to file the joint notice. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff*<br><br>Dated: April 19, 2021 | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>      MICHAEL A. TILGHMAN II<br>      D.C. Bar # 988441<br>      Assistant United States Attorney<br>      U.S. Attorney's Office, Civil Division<br>      555 Fourth Street, NW<br>      Washington, DC 20530<br>      (202) 252-7113<br>      Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |