UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1385 (KBJ) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## JOINT STATUS REPORT

Pursuant to the Court's April 25, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On May 22, 2020, Plaintiff Gun Owners of America, Inc. ("Plaintiff") sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's FOIA request dated March 25, 2020, which sought records related to State points of contact within the National Instant Criminal Background Check System administered by the FBI.

The parties informed the Court in their April 19, 2021 Joint Status Report (ECF No. 9) that by letter dated March 19, 2021, the FBI released in part the pages that it had referred to another agency for review, thereby completing the FBI's production in this case. On April 9, 2021, the FBI provided Plaintiff with its *Vaughn* index. The parties further informed the Court that they needed additional time to continue their discussions attempting to narrow any outstanding issues without judicial intervention.

By letter dated May 11, 2021, the FBI provided Plaintiff a supplemental release consisting of reprocessed pages from a previous release. The parties still need additional time to continue

their discussions intended to determine whether they can resolve the remaining issues without

judicial intervention. Accordingly, the parties respectfully propose that they file another joint

status report by June 28, 2021.


Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Robert J. Olson | Acting United States Attorney |
| (D.C. Bar No. 1029318) | |
| Jeremiah L. Morgan | BRIAN P. HUDAK |
| (D.C. Bar No. 1012943) | Acting Chief, Civil Division |
| William J. Olson, P.C. | |
| (D.C. Bar No. 233833) | |
| William J. Olson, P.C. | By:    /s/ Michael A. Tilghman II |
| 370 Maple Avenue West, Suite 4 | MICHAEL A. TILGHMAN II |
| Vienna, VA 22180-5615 | D.C. Bar # 988441 |
| 703-356-5070 (telephone) | Assistant United States Attorney |
| 703-356-5085 (fax) | U.S. Attorney's Office, Civil Division |
| wjo@mindspring.com (e-mail) | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| *Attorneys for Plaintiff* | (202) 252-7113 |
| | Michael.Tilghman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |
| Dated: May 28, 2021 | |