UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-1385 |

## JOINT STATUS REPORT

Pursuant to the Court's June 1, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On May 22, 2020, Plaintiff Gun Owners of America, Inc. ("Plaintiff") sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's FOIA request dated March 25, 2020, which sought records related to State points of contact within the National Instant Criminal Background Check System administered by the FBI.

The parties informed the Court in their May 28, 2021 Joint Status Report (ECF No. 10) that by letter dated March 19, 2021, the FBI released in part the pages that it had referred to another agency for review, thereby completing the FBI's production in this case. On April 9, 2021, the FBI provided Plaintiff with its *Vaughn* index and, by letter dated May 11, 2021, the FBI provided Plaintiff a supplemental release consisting of reprocessed pages from a previous release.

The only issue that remains in this case is Plaintiff's offer of settlement. On June 9, 2021, Plaintiff provided its proposal to the FBI. The FBI needs additional time to provide its position in

- 2 -

response. Accordingly, the parties respectfully propose that they file another joint status report by July 28, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  /s/ Michael A. Tilghman II<br>     MICHAEL A. TILGHMAN II<br>     D.C. Bar # 988441<br>     Assistant United States Attorney<br>     U.S. Attorney's Office, Civil Division<br>     555 Fourth Street, NW<br>     Washington, DC 20530<br>     (202) 252-7113<br>     Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: June 28, 2021