UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1385 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On May 22, 2020, Plaintiff Gun Owners of America, Inc. ("Plaintiff") sued the Federal Bureau of Investigation ("FBI"), alleging that the FBI unlawfully withheld records responsive to Plaintiff's FOIA request dated March 25, 2020, which sought records related to State points of contact within the National Instant Criminal Background Check System administered by the FBI.

The parties informed the Court in their June 28, 2021 Joint Status Report (ECF No. 11) that the only issue that remains in this case is Plaintiff's offer of settlement. On June 9, 2021, Plaintiff provided its proposal to the FBI. The FBI provided its response on July 27, 2021. The parties need additional time to continue their discussions to determine if they can resolve this case without judicial intervention. Accordingly, the parties respectfully propose that they file another joint status report by August 27, 2021, unless a stipulation of dismissal is filed before that date.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Olson<br>Robert J. Olson<br>(D.C. Bar No. 1029318)<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>wjo@mindspring.com (e-mail)<br><br>*Attorneys for Plaintiff*<br><br><br>Dated: July 28, 2021 | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICHAEL A. TILGHMAN II<br>         D.C. Bar # 988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         555 Fourth Street, NW<br>         Washington, DC 20530<br>         (202) 252-7113<br>         Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |